UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| XIN SHI #A216610698 | CASE NO. 6:18-CV-01514 SEC P |
| VERSUS | JUDGE JUNEAU |
| KIRSTJEN MICHELE NIELSEN ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Shi's Petition for Writ of Habeas Corpus be **DISMISSED AS MOOT** without prejudice and that this proceeding be terminated.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 4th day of April, 2019.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE